IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHÉ CLEMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JERMAINE WHITE, Warden; ) <br> VERONICA STEWART, Deputy Warden of ) <br> Security; JACOB BEASLEY, Deputy ) <br> Warden of Security; JANE DOE BELLAMY, ) <br> Unit Manager; and, TIMOTHY WARD, ) <br> Commissioner, ) <br> ) <br> Defendants. ) | CV 321-058 |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims raised in this case, he should be required to initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 22nd day of November 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE